UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD LAWRENCE MORTENSEN, | ) | |
| Petitioner, | ) | 2:11-CV-00266-KJD-GWF |
| vs. | ) | |
| DWIGHT D NEVEN, *et al.*, | ) | **ORDER** |
| Respondents. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed petitioner appearing in pro se. Petitioner has paid the filing fee and has filed a petition (ECF No. 1), a motion for leave to file longer than normal petition (ECF No. 2) and a motion for appointment of counsel (ECF No. 3).

The Court will grant petitioner's Motion for Appointment of Counsel. The petition filed in this action includes 15 claims and is over 250 pages long, suggesting that it may be a relatively complex petition. Furthermore, petitioner faces a lengthy sentence: two terms of life in prison without the possibility of parole to run consecutively. Petitioner, a former police officer, is housed in segregated housing with limited access to legal materials and research.

Therefore, the Federal Public Defender for the District of Nevada (FPD) shall be appointed to represent petitioner. If the FPD is unable to represent petitioner, due to a conflict of interest or other reason, then alternate counsel for petitioner shall be located, and the Court will enter a separate order appointing such alternate counsel. In either case, counsel will represent petitioner

1 in all future federal proceedings relating to this matter (including subsequent actions) and appeals
2 therefrom, unless allowed to withdraw.

3       **IT IS THEREFORE ORDERED** that petitioner's Motion to File Longer Than
4 Normal Petition (ECF No. 2) and his Motion for Appointment of Counsel (ECF No. 3) are
5 **GRANTED**.  The Federal Public Defender is appointed to represent Petitioner.

6       **IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE**
7 the Federal Public Defender for the District of Nevada (FPD) a copy of this Order, together with a
8 copy of the petition for writ of habeas corpus and its attachments (ECF No. 1).  The FPD shall have
9 thirty (30) days from the date of entry of this Order to file a notice of appearance or to indicate to the
10 Court its inability to represent petitioner in these proceedings.

11       **IT IS FURTHER ORDERED** that the Clerk shall **RESUBMIT** this case to the
12 Court after the FPD has appeared as counsel for petitioner, after the FPD has indicated its inability to
13 represent petitioner, or after thirty (30) days from the entry of this Order, whichever occurs first.

14       **IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this
15 case, the Court will issue a scheduling order, which will, among other things, set a deadline for the
16 filing of a First Amended Petition.

17     DATED:  February 23, 2011

_____
UNITED STATES DISTRICT JUDGE