# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs ) <br> ) <br> DWIGHT NEVEN, ET AL., ) <br> ) <br> Respondent. ) <br> ) | 2:11-CV-00266-KJD-GWF <br><br><br><br> **ORDER** |

    IT IS HEREBY ORDERED that **MARIO VALENCIA, ESQ**., is appointed as counsel for RONALD LAWRENCE MORTENSEN for all further proceedings.

    Mr. Valencia's address is 1055 Whitney Ranch Drive, Suite 220, Henderson, Nevada 89014 and phone number is 702-940-2222.

    DATED: March 4, 2011   Nunc Pro Tunc Date: March 3, 2011.

    _____
    United States District Judge