# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LAWRENCE MORTENSEN,

    Petitioner,

vs.

DWIGHT D NEVEN, *et al.*,

    Respondents.

2:11-CV-00266-KJD-GWF

**ORDER**

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner appearing in pro se.

The Court previously appointed the Federal Public Defender to represent the petitioner. (ECF No. 4.) The Federal Public Defender has identified a conflict of interest with the petitioner, and has indicated to the Court an inability to further represent the petitioner. The Court's Criminal Justice Act Designee has, however, located counsel, Mario Valencia, Esq., who has been appointed to represent the petitioner. (ECF No. 6.)

**IT IS THEREFORE ORDERED** the Clerk shall **electronically serve** the petition upon respondents. Counsel for respondents shall file a notice of appearance within fifteen (15) days of entry of this Order.

**IT IS FURTHER ORDERED** that counsel for petitioner shall meet with petitioner as soon as reasonably possible to: (a) review the procedures applicable in cases under 28 U.S.C. Section 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for

1  habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas
2  corpus relief must be raised at this time and that the failure to do so will likely result in the omitted
3  grounds being barred from future review under the rules regarding abuse of writ.

4  **IT IS FURTHER ORDERED** that counsel for petitioner and counsel for
5  respondents shall, within forty-five (45) days, file a joint statement describing what portions of
6  petitioner's state court record have been obtained and what portions are missing.  Counsel for
7  respondents should make available to counsel for petitioner (photocopying costs at the latter's
8  expense), as soon as reasonably possible, a copy of whatever portions of the state court record they
9  possess regarding the judgement petitioner is challenging herein.

10  **IT IS FURTHER ORDERED** that counsel for petitioner shall file an amended
11  petition for writ of habeas corpus within ninety (90) days, which shall include all known grounds for
12  relief (both exhausted and unexhausted).  Respondent shall have forty-five (45) days after the filing
13  of the amended petitioner within which to answer, or otherwise respond to, the amended petition.

14  DATED: March 9, 2011

_____
UNITED STATES DISTRICT JUDGE