# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RONALD LAWRENCE MORTENSEN,

   Petitioner,     2:11-CV-00266-KJD-GWF

vs.

            **ORDER**

DWIGHT D NEVEN, *et al.*,

   Respondents.

On June 7, 2011, petitioner, appearing through counsel, moved for an enlargement of time to file his first amended petition (ECF No. 10), seeking an additional ninety days. Good cause appearing, the motion shall be **granted**. The amended petition shall be due on or before September 7, 2011.

   **IT IS SO ORDERED.**

   DATED: June 8, 2011

_____
UNITED STATES DISTRICT JUDGE