# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, | |
| Petitioner, | 2:11-CV-00266-KJD-CWH |
| vs. | **ORDER** |
| DWIGHT D NEVEN, *et al.*, | |
| Respondents. | |

On September 7, 2011, petitioner, appearing through counsel, moved for an enlargement of time to file his first amended petition (ECF No. 13), seeking an additional thirty days. Good cause appearing, the motion shall be **granted**. The amended petition shall be due on or before October 7, 2011. Petitioner is advised to make every effort to meet this deadline.

**IT IS SO ORDERED.**

DATED: September 12, 2011

_____
UNITED STATES DISTRICT JUDGE