**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, | |
| Petitioner, | 2:11-CV-00266-KJD-CWH |
| vs. | |
| DWIGHT D NEVEN, *et al.*, | **ORDER** |
| Respondents. | |

On December 8, 2011, respondents moved for an enlargement of time to file a response to the amended petition (ECF No. 45), seeking an additional ninety days. Good cause appearing, the motion shall be **granted**. The response to the amended petition shall be due on or before March 8, 2012. Respondents must every effort to meet this deadline.

**IT IS SO ORDERED.**

DATED: December 13, 2011

_____
UNITED STATES DISTRICT JUDGE