**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RONALD LAWRENCE MORTENSEN, | ) | |
| Petitioner, | ) | 2:11-CV-00266-KJD-CWH |
| vs. | ) | |
| | ) | **ORDER** |
| DWIGHT D NEVEN, *et al.*, | ) | |
| Respondents. | ) | |

On December 8, 2011, respondents moved for an enlargement of time to file a response to the amended petition (ECF No. 45), seeking an additional ninety days.  Good cause appearing, the motion shall be **granted**.  The response to the amended petition shall be due on or before March 8, 2012.  Respondents must every effort to meet this deadline.

      **IT IS SO ORDERED.**

      DATED: December 13, 2011

_____

UNITED  STATES  DISTRICT  JUDGE