# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LAWRENCE MORTENSEN,

    Petitioner,

vs.

DWIGHT D. NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-00266-KJD-CWH

**ORDER**

    IT IS ORDERED that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

    DATED: November 5, 2013

                                                KENT J. DAWSON
                                                United States District Judge