# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LAWRENCE MORTENSEN,

    Petitioner,

vs.

DWIGHT D. NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-00266-KJD-CWH

**ORDER**

    Petitioner has submitted a status report (#66), indicating that his post-conviction proceedings in state court have concluded.

    IT IS THEREFORE ORDERED that this action is **REINSTATED**.

    IT IS FURTHER ORDERED that petitioner shall have sixty (60) days from the date of entry of this order to file and serve a second amended petition for a writ of habeas corpus.

    DATED: December 16, 2014

                                                                      _____
                                                                        KENT J. DAWSON
                                                                        United States District Judge