# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LAWRENCE MORTENSEN,

    Petitioner,

vs.

DWIGHT D. NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-00266-KJD-CWH

**ORDER**

    Petitioner's counsel has filed a motion to withdraw as counsel of record (ECF No. 106), citing a conflict of interest. The court grants this motion.

    Respondents have filed a motion to strike response (ECF No. 103). Respondents argue that petitioner's response (ECF No. 102) contains ad hominem attacks upon counsel for respondents. Given that granting the motion to strike likely will cause yet another flurry of litigation, and given that the court is unlikely to consider petitioner's proper-person filings as long as he is represented by counsel, the court will deny this motion.

    IT IS THEREFORE ORDERED that the motion to withdraw as counsel of record (ECF No. 106) is **GRANTED**. The representation of petitioner by Gia McGillivray is **TERMINATED**.

    IT IS FURTHER ORDERED that the clerk of the court shall forward a copy of this order to the CJA Coordinator, who shall locate substitute counsel for petitioner. The clerk of the court also shall send a copy of this order to petitioner himself, Ronald L. Mortensen, #54506, Northern Nevada Correctional Center, P.O. Box 7000, Carson City, NV 89702.

IT IS FURTHER ORDERED that respondents' motion to strike response (ECF No. 103) is **DENIED**.

DATED: May 23 2017

_____
KENT J. DAWSON
United States District Judge