# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LAWRENCE MORTENSEN,

    Petitioner,

vs.

DWIGHT D. NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-00266-KJD-CWH

**ORDER**

    Petitioner having filed unopposed motions for an enlargement of time (ECF No. 113, ECF No. 114), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motions for an enlargement of time (ECF No. 113, ECF No. 114) are **GRANTED**. Petitioner will have through March 19, 2018, to file and serve an amended petition.

    DATED:   January 10, 2017

_____
KENT J. DAWSON
United States District Judge