# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RONALD LAWRENCE MORTENSEN,

    Petitioner,

vs.

DWIGHT D. NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-00266-KJD-CWH

**ORDER**

    Petitioner having filed an unopposed motion for an enlargement of time (fourth request) (ECF No. 116), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time (fourth request) (ECF No. 116) is **GRANTED**. Petitioner will have through May 21, 2018, to file and serve an amended petition.

    DATED:  3/19/18

                                                   
KENT J. DAWSON
United States District Judge