# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, | Case No. 2:11-cv-00266-KJD-CWH |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT D. NEVEN, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motions for an enlargement of time (ECF No. 124, ECF No. 125), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motions for an enlargement of time (ECF No. 124, ECF No. 125) are **GRANTED**. Petitioner will have through December 17, 2018, to file an amended petition for a writ of habeas corpus.

DATED: November 19, 2018

_____
KENT J. DAWSON
United States District Judge