# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LAWRENCE MORTENSEN,

*Petitioner,*

v.

DWIGHT D. NEVEN, *et al.,*

*Respondents.*

Case No. 2:11-cv-00266-KJD-CWH

ORDER

Following upon the appointment of substitute counsel,

IT IS ORDERED that petitioner shall have ninety (90) days within which to file either a verification of the third amended petition (#130) or a verified fourth amended petition.

DATED May 20, 2019

_____
KENT J. DAWSON
United States District Judge