# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN,<br><br>    Petitioner,<br><br>    v.<br><br>DWIGHT D. NEVEN, et al.,<br><br>    Respondents. | Case No. 2:11-cv-00266-KJD-DJA<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 144), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 144) is **GRANTED**. Petitioner will have up to and including May 18, 2020, to file a verified fourth amended petition for a writ of habeas corpus.

DATED: February 18, 2020

_____
KENT J. DAWSON
United States District Judge