UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN,<br><br>Petitioner,<br><br>v.<br><br>DWIGHT D. NEVEN, et al.,<br><br>Respondents. | Case No. 2:11-cv-00266-KJD-DJA<br><br>**ORDER** |

    Petitioner having filed an unopposed motion for extension of time (fourth request) (ECF No. 146), and good cause appearing;

    IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (fourth request) (ECF No. 146) is **GRANTED**. Petitioner will have up to and including July 17, 2020, to file a verified fourth amended petition for a writ of habeas corpus.

    DATED: May 18, 2020

                                                      KENT J. DAWSON<br>
                                                      United States District Judge