**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, | Case No. 2:11-cv-00266-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT D. NEVEN, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (fifth request) (ECF No. 148, and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (fifth request) (ECF No. 148 is **GRANTED**.  Petitioner will have up to and including September 15, 2020, to file a verified fourth amended petition for a writ of habeas corpus.

DATED:   July 21, 2020

_____
KENT J. DAWSON
United States District Judge