UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN,<br><br>                Petitioner,<br><br>   v.<br><br>CALVIN JOHNSON, Warden, High Desert State Prison,[1] *et al.*<br><br>                Respondents. | 2:11-CV-00266-KJD-DJA<br><br>**ORDER** |

To Calvin Johnson, the Warden of the High Desert State Prison, this Court hereby **ORDERS** that Petitioner, Ronald Lawrence Mortensen, Offender Identification Number 54506, be transported and produced at United States District Court, located at 333 Las Vegas Blvd South, Las Vegas, NV 89101, on December 16, 2020 and December 17, 2020, and that Mr. Mortensen and his counsel of record, Faryar Farmani, be permitted adequate time to have contact visits.

**IT IS SO ORDERED.**

DATED: 12/2/2020

KENT J. DAWSON
United States District Judge

---

[1] Pursuant to Federal Civil Procedure Rule 25 (d)(1), Calvin Johnson, the current Warden of the High Desert State Prison where Petitioner is now incarcerated, is named as the proper Respondent.