# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, | Case No. 2:11-cv-00266-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT D. NEVEN, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (seventh request) (ECF No. 155), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (seventh request) (ECF No. 155) is **GRANTED**. Petitioner will have up to and including January 12, 2021, to file a verified fourth amended petition for a writ of habeas corpus.

DATED:  January 7, 2021

_____
KENT J. DAWSON
United States District Judge