1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11   RONALD LAWRENCE MORTENSEN,            Case No. 2:11-cv-00266-KJD-DJA

12                    Petitioner,           **ORDER**

13           v.

14   DWIGHT D. NEVEN, et al.,

15                    Respondents.

16

17        Petitioner having filed an unopposed motion for extension of time (eleventh request) (ECF

18   No. 167), and good cause appearing;

19        IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time

20   (eleventh request) (ECF No. 167) is **GRANTED**.  Petitioner will have up to and including

21   October 26, 2021, to file a verified fourth amended petition for a writ of habeas corpus.

22        DATED:   August 27, 2021

23                                            _____

24                                            KENT J. DAWSON
                                              United States District Judge

25

26

27

28

1