1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9                   **DISTRICT OF NEVADA**
10
11   RONALD LAWRENCE MORTENSEN,          Case No. 2:11-cv-00266-KJD-DJA
12              Petitioner,              **ORDER**
13        v.
14   DWIGHT D. NEVEN, et al.,
15              Respondents.
16
17          Petitioner has filed a proper-person request for a copy of the docket sheet.  ECF No. 169.

18   Petitioner cannot file proper-person documents in this action because counsel represents him.  LR

19   IA 11-6(a).  Petitioner needs to make his request through counsel.

20          IT THEREFORE IS ORDERED that the clerk of the court **STRIKE** the proper-person

21   request for a copy of the docket sheet (ECF No. 169).

22          DATED:  September 13, 2021

23

24                                          _____
                                            KENT J. DAWSON
                                            United States District Judge
25
26
27
28

                                    1