**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, | Case No.: 2:11-cv-00266-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT D. NEVEN, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (third request) (ECF No. 182), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (third request) (ECF No. 182) is GRANTED. Respondents will have up to and including September 12, 2022, to file their response to the fourth amended petition (ECF No. 176).

DATED: August 12, 2022

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT