# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, | Case No.: 2:11-cv-00266-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT D. NEVEN, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for enlargement of time (second request) (ECF No. 189), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for enlargement of time (second request) (ECF No. 189) is GRANTED. Petitioner will have up to and including October 31, 2022, to file a response to respondents' motion to dismiss the fourth amended petition (ECF No. 185).

DATED: October 17, 2022

KENT J. DAWSON
UNITED STATES DISTRICT COURT