UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN,<br><br>Petitioner,<br><br>v.<br><br>DWIGHT D. NEVEN, et al.,<br><br>Respondents. | Case No.: 2:11-cv-00266-KJD-DJA<br><br>**ORDER** |

Petitioner having filed an unopposed motion for enlargement of time (third request) (ECF No. 191), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for enlargement of time (third request) (ECF No. 191) is GRANTED. Petitioner will have up to and including November 30, 2022, to file a response to respondents' motion to dismiss the fourth amended petition (ECF No. 185).

DATED: October 31, 2022

KENT J. DAWSON
UNITED STATES DISTRICT COURT