# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN,<br><br>Petitioner,<br><br>v.<br><br>DWIGHT D. NEVEN, et al.,<br><br>Respondents. | Case No.: 2:11-cv-00266-KJD-DJA<br><br>**ORDER** |

Petitioner having filed an unopposed motion for enlargement of time (fifth request) (ECF No. 195), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for enlargement of time (fifth request) (ECF No. 195) is GRANTED. Petitioner will have up to and including January 30, 2023, to file a response to respondents' motion to dismiss the fourth amended petition (ECF No. 185).

DATED: January 4, 2023

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT