**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, | Case No.: 2:11-cv-00266-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT D. NEVEN, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 200), and good cause appearing;

IT THEREFORE IS ORDERED that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 200) is GRANTED. Respondents will have up to and including March 27, 2023, to file their reply in support of their motion to dismiss (ECF No. 185).

DATED:  February 28, 2023

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT