**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, | Case No.: 2:11-cv-00266-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT D. NEVEN, et al., | |
| Respondents. | |

Respondents have filed a motion for enlargement of time. (ECF No. 204.) This is Respondents' third request for an extension of this deadline. This Court finds good cause to grant the motion, but it warns the Respondents that any further requests for an extension of this deadline will be viewed unfavorably.

IT THEREFORE IS ORDERED that Respondents' motion for enlargement of time (third request) (ECF No. 204) is GRANTED. Respondents will have up to and including May 3, 2023, to file their reply in support of their motion to dismiss (ECF No. 185).

DATED: May 1, 2023

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT