UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN,<br><br>Petitioner,<br><br>v.<br><br>DWIGHT D. NEVEN, et al.,<br><br>Respondents. | Case No.: 2:11-cv-00266-KJD-DJA<br><br>**ORDER** |

Respondents have filed three motions for enlargement of time on May 3, 2023, May 10, 2023, and May 15, 2023. (ECF Nos. 206, 207, 208.) This is Respondents' fourth, fifth, and sixth requests for an extension of this deadline, respectively. On May 1, 2023, this Court warned Respondents that any further requests for an extension of this deadline would be viewed unfavorably. The Court finds good cause to grant these extensions, but it will not grant any further extensions.

IT THEREFORE IS ORDERED that Respondents' motions for enlargement of time (ECF Nos. 206, 207, 208) are GRANTED. Respondents will have up to and including May 23, 2023, to file their reply in support of their motion to dismiss (ECF No. 185). No further extensions will be granted.

DATED: 5/22/2023

KENT J. DAWSON
UNITED STATES DISTRICT COURT