**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, | Case No.: 2:11-cv-00266-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT D. NEVEN, et al., | |
| Respondents. | |

Respondents have filed an unopposed motion for enlargement of time. (ECF No. 213.) This is Respondents' first request for an extension of this deadline. This Court finds good cause to grant the motion.

**IT THEREFORE IS ORDERED** that Respondents' motion for enlargement of time (first request) (ECF No. 213) is **GRANTED**. Respondents will have up to and including October 10, 2023, to file their answer to the fourth-amended petition.

DATED: August 8, 2023

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT