UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>DWIGHT D. NEVEN, et al.,<br><br>　　　　　　　Respondents. | Case No.: 2:11-cv-00266-KJD-DJA<br><br>**ORDER** |

　　Respondents have filed an unopposed motion for enlargement of time. (ECF No. 216.) This is Respondents' second request for an extension of this deadline. This Court finds good cause to grant the motion.

　　**IT THEREFORE IS ORDERED** that Respondents' motion for enlargement of time (second request) (ECF No. 216) is **GRANTED**. Respondents will have up to and including December 11, 2023, to file their answer to the fourth-amended petition.

　　DATED: 10/18/2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT