UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN,<br><br>Petitioner,<br><br>v.<br><br>DWIGHT D. NEVEN, et al.,<br><br>Respondents. | Case No.: 2:11-cv-00266-KJD-DJA<br><br>**ORDER** |

Counseled Petitioner Ronald Mortensen has filed an unopposed motion for enlargement of time. (#219.) This is Mortensen's first request for an extension of this deadline. This Court finds good cause to grant the motion.

**IT THEREFORE IS ORDERED** that the unopposed motion for enlargement of time (#219) is **GRANTED**. Mortensen will have up to and including March 11, 2024, to file his reply to Respondents' answer (#218) to his fourth-amended petition (#176).

DATED: 01/09/2024

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT