UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>DWIGHT D. NEVEN, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 2:11-cv-00266-KJD-DJA<br><br>**ORDER** |

Counseled Petitioner Ronald Mortensen has filed an unopposed motion for enlargement of time. (ECF No. 221.) This is Mortensen's second request for an extension of this deadline. This Court finds good cause to grant the motion.

IT THEREFORE IS ORDERED that the unopposed motion for enlargement of time (ECF No. 221) is GRANTED. Mortensen will have up to and including April 10, 2024, to file his reply to Respondents' answer to his fourth-amended petition.

DATED: 03/11/2024

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT