UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN,<br><br>Petitioner,<br><br>v.<br><br>DWIGHT D. NEVEN, et al.,<br><br>Respondents. | Case No.: 2:11-cv-00266-KJD-DJA<br><br>**ORDER** |

Counseled Petitioner Ronald Mortensen has filed a motion for enlargement of time. (ECF No. 223.) This is Mortensen's third request for an extension of this deadline. This Court finds good cause to grant the motion.

IT THEREFORE IS ORDERED that the motion for enlargement of time (ECF No. 223) is GRANTED. Mortensen will have up to and including May 10, 2024, to file his reply to Respondents' answer to his fourth-amended petition.

DATED: 04/09/2024

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT