# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LAWRENCE MORTENSEN, | Case No. 2:11-cv-00266-KJD-DJA |
| Petitioner, | |
| v. | **SUPPLEMENTAL ORDER** |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

On March 31, 2025, the Court conditionally granted Petitioner's Fourth Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 231.) In addition to the relief granted in that order, IT IS FURTHER ORDERED that:

1. Mortensen will be released from custody, restraint, and/or continuing consequences from the conviction within 120 days[1] of the later of (1) the conclusion of any proceedings seeking appellate or certiorari review of this Court's judgment (ECF No. 231), if affirmed; or (2) the expiration for seeking such appeal or review, unless the State through the respondents files within the 120-day period a written election in this matter to commence trial proceedings against Mortensen, and thereafter commences jury selection within 120 days following election to retry Mortensen.

2. It is further ordered that the Clerk of Court is directed to provide a copy of this Supplemental Order to the Clerk of the Eighth Judicial District Court of Nevada in connection with that court's Case No. CR140608X.

DATED: April 1, 2025

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

---

[1] Reasonable requests for modification of this time may be made by either party. *See* Fed. R. Civ. P. 59 and 60.